[Cite as *Wade v. O'Leary*, 2022-Ohio-4829.]

## IN THE COURT OF CLAIMS OF OHIO

| | |
|---|---|
| E. ROBERTA WADE | Case No. 2022-00595PQ |
| Requester | Judge Patrick E. Sheeran |
| v. | JUDGMENT ENTRY |
| MAYOR THOMAS M. O'LEARY, CITY OF GALION | |
| Respondent | |

{¶1} On July 29, 2022, Requester E. Roberta Wade filed a Complaint against Respondent Mayor Thomas M. O'Leary, City of Galion, Ohio, in which Wade alleged that Respondent denied her access to public records in violation of R.C. 149.43(B). While the matter was before a Special Master, Respondent moved to dismiss Requester's Complaint.

{¶2} On November 10, 2022, the Special Master issued a Report and Recommendation (R&R). The Special Master recommends denial of Respondent's motion to dismiss. (R&R, 3.) The Special Master states in the conclusion of the Report and Recommendation:

Upon consideration of the pleadings and attachments the Special Master recommends the court find that requester's claim for production of records is now moot. The Special Master further recommends the court find that respondent failed to produce the requested public records within a reasonable period of time. It is recommended requester be entitled to recover from respondent the amount of the filing fee of twenty-five dollars and any other costs associated with the action that were incurred by requester, and that court costs be assessed to respondent.

(R&R, 5-6).

{¶3} Neither party has timely objected to the Special Master's Report and Recommendation, as permitted by R.C. 2743.75(F)(2). Pursuant to R.C. 2743.75(F)(2), if neither party timely objects to a special master's report and recommendation, then this Court is required to "promptly issue a final order adopting the report and recommendation, unless it determines that there is an error of law or other defect evident on the face of the report and recommendation."

{¶4} Upon review, the Court determines that there is no error of law or other defect evident on the face of the Report and Recommendation. The Court therefore adopts the Report and Recommendation in accordance with R.C. 2743.75(F)(2). The Court makes the following findings and issues the following orders consistent with the Report and Recommendation:

(1) The Court finds that Requester's claim for production of records is now moot;

(2) The Court finds that Respondent failed to produce the requested public records within a reasonable period of time;

(3) The Court DENIES Respondent's motion to dismiss.

Because Respondent has denied Requester access to public records in violation of R.C. 149.43(B), Requester is entitled to recover from Respondent the amount of the filing fee of twenty-five dollars and any other costs associated with the action that are incurred by Requester, excepting attorney fees. Court costs are assessed to Respondent. The Clerk shall serve upon all parties notice of this judgment and its date of entry upon the journal.

_____
PATRICK E. SHEERAN
Judge

**Filed December 1, 2022**
**Sent to S.C. Reporter 1/9/23**